

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Nathanial Erwin Ferrell, Appellant

No. 06-19-00255-CR         v.

The State of Texas, Appellee

Appeal from the 71st District Court of Harrison County, Texas (Tr. Ct. No. 17-0329X).  Memorandum Opinion delivered by Chief Justice Morriss, Justice Burgess and Justice Stevens,  participating.

As stated in the Court's opinion of this date, we find that the motion of the appellant to dismiss the appeal should be granted.  Therefore, we dismiss the appeal.

We note that the appellant, Nathanial Erwin Ferrell, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED APRIL 1, 2020
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk